CM/ECF volpmd
(Rev. 01/03/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Lindsey Marie Williams<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−14305−SDM<br>Chapter: 7<br>Judge: Selene D. Maddox |

**ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE**

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Aty Disclosure Stmt. due 11/30/2026
Summary of Schedules due 11/30/2026
Schedule A/B due 11/30/2026
Schedule C due 11/30/2026
Statement of Financial Affairs due 11/30/2026
Schedule D due 11/30/2026
Ch 7 − Proper 122A form(s) due 11/30/2026
Schedule E/F due 11/30/2026
Schedule G due 11/30/2026
Schedule H due 11/30/2026
Schedule I due 11/30/2026
Sch J (and J−2 If Applicable) due 11/30/2026

If the required paperwork and/or fees are not timely filed and/or paid by 11/30/26 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 11/16/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court
Northern District of Mississippi

In re:
Lindsey Marie Williams
Debtor

Case No. 26-14305-SDM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1 | User: autodocke | Page 1 of 1
Date Rcvd: Nov 16, 2026 | Form ID: ntcdef | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lindsey Marie Williams, 300 Holly Hills Rd, Apt 141, Columbus, MS 39705-0602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Lindsey Marie Williams trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3